IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03005-RM-BNB

SCOTT MILLER,

Plaintiff,

v.

AMERICAN MEDICAL RESPONSE, INC., a corporation, and
AMERICAN MEDICAL RESPONSE OF COLORADO, INC., a corporation,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1) The **Plaintiff's Unopposed Motion to Stay All Deadlines Pending Mediation** [Doc. # 12. filed 1/27/2014] is GRANTED only to the extent specified here; and

(2) The defendants may have to and including March 10, 2014, within which to answer or otherwise respond to the complaint.


DATED:  January 28, 2014