IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03005-RM-BNB

SCOTT MILLER,

Plaintiff,

v.

AMERICAN MEDICAL RESPONSE, INC., a corporation, and
AMERICAN MEDICAL RESPONSE OF COLORADO, INC., a corporation,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order Regarding Expert Disclosure Deadlines** [docket no. 25, filed July 25, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 19, 2014,** and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 12, 2014**.  All other deadlines remain the same.

DATED:  July 28, 2014