IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-03005-RM-BNB

SCOTT MILLER,

    Plaintiff,

v.

AMERICAN MEDICAL RESPONSE OF COLORADO, INC., a corporation; and
AMERICAN MEDICAL RESPONSE, INC., a corporation

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS (ECF NO. 28)**

---

This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss With Prejudice filed September 16, 2014 (ECF No. 28). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Joint Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 16th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge